**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| WILDEARTH GUARDIANS,<br><br>*Plaintiff*,<br><br>v.<br><br>U.S. BUREAU OF LAND MANAGEMENT,<br><br>*Defendant*. | Civil Action No. 18-0121 (RCL) |

**JOINT STIPULATION OF SETTLEMENT AND DISMISSAL WITH PREJUDICE**

Plaintiff ("Wildearth Guardians") and Defendant ("U.S. Bureau of Land Management") hereby settle and compromise the above-captioned case brought under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 522, and any claim for attorneys' fees and litigation costs related to this action on the following terms:

1. Plaintiff agrees to dismiss this case with prejudice.

2. Defendant shall pay Plaintiff in total the amount of $4,740.43 (four thousand seven hundred forty dollars and forty-three cents) in full and complete satisfaction of Plaintiff's claims for fees, costs, and litigation expenses under the FOIA in the above-captioned matter. This payment shall constitute full and final satisfaction of any and all of Plaintiff's claims for fees, costs, and litigation expenses in the above-captioned matter, and it is inclusive of any interest. Payments shall be made through an electronic funds transfer as soon as practicable from the date of signing this Stipulation. Plaintiff shall provide the necessary information to process this payment.

3. Upon the execution of this Stipulation, Plaintiff hereby releases and forever discharges Defendant, and its successors, the United States of America, and any department,

agency, or establishment of the United States, and any officers, employees, agents, successors, or assigns of such department, agency, or establishment, from any and all claims and causes of action, including any and all past, present, or future claims for attorneys' fees, costs or litigation expenses, that Plaintiff asserts or could have asserted in connection with the above-captioned litigation.

4. The undersigned counsel represent that they are authorized to make this agreement on behalf of their clients.

5. This Stipulation shall be binding upon and inure to the benefit of the parties hereto and their respective successors and assigns.

6. Execution of this Stipulation by the parties constitutes a dismissal of this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), effective upon filing with the Court.

7. The parties acknowledge that this Stipulation is entered solely for the purpose of settling the remaining merits claims in this action without further litigation, and it shall not be construed as evidence or as an admission regarding any issue of law or fact, or regarding the truth or validity of any allegation or claim raised in this action, or as evidence or as an admission by the Defendant regarding Plaintiff's entitlement to attorney's fees and other litigation costs under the FOIA.

8. The Stipulation is effective on the date by which both parties have executed the Stipulation. The parties may execute this Stipulation in counterparts, each of which constitutes an original and all of which constitute one and the same Stipulation. Facsimiles and PDF versions of signatures shall constitute acceptable, binding signatures for purposes of this Stipulation.

9. This Stipulation may not be amended, modified, waived, or supplemented except by written instrument executed by duly authorized representatives of both parties.

10. The parties understand that this Stipulation contains the entire agreement between Plaintiff and Defendant; that no promise or inducement has been made except as set forth herein; and that no representations, oral or otherwise, between Plaintiff and Federal Defendant, or their respective counsel, not included herein shall be of any force and effect.

11. If any paragraph or portion of this Stipulation is determined to be unenforceable, the remainder of this Stipulation shall remain in full force and effect.

12. The parties agree that either party may disclose this Stipulation and information pertaining to it, to the public.

Dated: June 6, 2019

/s/ Kelly. E. Nokes
Kelly E. Nokes, Bar No. MT0001
Western Environmental Law Center
208 Paseo Del Pueblo Sur, No. 602
Taos , NM  87571
(575) 613-8051
nokes@westernlaw.org

*Plaintiff's Counsel*

JESSIE K. LIU, D.C. Bar. No. 472845
United States Attorney

DANIEL F. VAN HORN, D.C. Bar No. 924092
Chief, Civil Division

By:*/s/ Derek S. Hammond*
DEREK S. HAMMOND, D.C. Bar No. 1017784
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 252-2511
derek.hammond@usdoj.gov

*Defendant's Counsel*